Isaac P. Hernandez (SBN 025537)
Hernandez Law Firm, PLC
361 E. Coronado Rd.
Phoenix, Arizona 85004
Tel:   602.753.2933
Fax:   855.592.5876
Email: isaac@hdezlawfirm.com

*Attorney for Daryl Mack*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daryl Mack, | Case No. 2:21-CV-00558-PHX-DJH |
| Plaintiff, | **STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| vs. | |
| American Airlines, Inc., | |
| Defendant. | |

The parties, by and through undersigned counsel, hereby submit their stipulation to dismiss the case with prejudice, each party to bear its own fees and costs.

A Proposed Order is attached hereto.

Respectfully submitted this 28th day of October 2022.

**Hernandez Law Firm, PLC**

By: /s/ Isaac P. Hernandez
    Isaac P. Hernandez
    Attorney for Plaintiff

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

By: /s/ Trey Lynn (w/ permission)
    Nonnie L. Shivers
    Douglas (Trey) Lynn
    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2022, a copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, sent to all parties of record by operation of the Court's electronic filing system.

/s/ Isaac P. Hernandez